UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                                                                       **Civil Action**
                                                                                                                       **No:05-11666-WGY**

**ENWONWU**
**Plaintiff**

**v.**

**CHERTOFF, ET AL**
**Defendant**

## NOTICE OF HEARING

**YOUNG, C.J.**

    TAKE NOTICE that the above-entitled case has been set for HEARING at 2:00 PM , on THUR. SEPT. 8 , 2005, in Courtroom No. 18, 5TH FLOOR.

                                                                            **By the Court,**

                                                                            **/s/ Elizabeth Smith**

                                                                            **Deputy Clerk**

**August 24, 2005**

**To: All Counsel**