IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTES

| | |
|---|---|
| In The Matter Of The Application Of: ) <br> FRANK IGWEBUIKE EWONWU ) <br> Petitioner, Pro Se, ) <br> ) <br> V. ) <br> ) <br> MICHEAL CHERTOFF, Secretary Of ) <br> Department Of Homeland Security, ET AL) <br> Respondents. <br> _____) | CIVIL ACTION FILE NO. <br> 05 -11666 - WGY |

## PETITIONER'S SUPPLEMENTAL EVIDENCE IN SUPPORT OF HIS PETITION FOR WRIT OF HABEAS CORPUS

Petitioner Frank Enwonwu filed a Writ of Habeas Corpus in this Court on August 2005, asking this court to release him on bond or Supervised release pending the resolution of his case in the court of appeals.

Petitioner is sending to this Court the following documents to validate his petition.

1. **Medical File:** Petitioner has many serious medical concerns for which he requires very urgent attention including gout, hemorrhoids, acute hypertension, low blood count, and arthritis, to mention a few. Petitioner's medical file from the Institution where he is incinerated will show the seriousness of his medical problems, which put his life at risk while in custody. **Exhibit-1** (Pages 1-46).

2. **Denial of request to be released by ICE,** which was received by Petitioner on August 12th 2005. Petitioner asked, "ICE" to release him and they refused to honor his request. **Exhibit- 2**

3. **Newspaper/Internet publications** showing the extent of exposure Petitioner's role as an informant has reached. **Exhibits 3A & 3B, 4, 5, 6, &7.**

See Wallace Vs. Adkins, 115 F.3d 427 (7th circuit 1997).
We recognize, that an order that a prison guard remained at his especially dangerous post, while at the same time offering him false assurances that he will be protected for the prize as an affirmative act for purposes of a state created danger claim.
See also, Uhlirg Vs., Harder, 64 F 3d 567 (10th circuit 1995).
Freeman vs. Ferguson, 911 F.2d 52 (8th Circuit 1990).
Kallstrom vs. City of Columbus, 136 F.3d 1055 (6th circuit 1998) involved a situation undercover police officer sought to prevent release of information about their addresses and phone numbers and those of their family members. The information was never the less released. The court found that the city's action places the officer and their family members in special danger by substantially increasing the likelihood that the private actor will deprive them of their liberty interest in personal security. The information was never released. The officer's claims were constitutionally cognizable.
The government violates, when it creates a dangerous situation or renders a person more vulnerable to danger while constricting avenues of self-help. In Wallace, escape is unlikely from his murderers. The states duty to protect arises from custody and control.

2

The most recent judgment of the Federal Court transferring Petitioner's case to the Court of Appeals and the various Newspaper/Internet publications that followed, have further exposed Petitioner's role as a Government informant making him more vulnerable to danger. The case, published under the case heading; <u>Enwonwu Vs. Chertoff</u> F.Supp.2d (D Mass 2005) (Young C.J.) (2005 awl 1,631121 at 1 (Congress stripped this Court of jurisdiction to act in this pending case and all others like it. Even though the case is pending in the Court of Appeals, being treated as a case under Seal, I am still exposed to prison inmates as an informant. "Shocking"

**Conclusion:**

Based on the Foregoing reasons and the original petition, Petitioner prays this Honorable Court to grant his petition and issue a writ of Habeas Corpus requiring respondents to forthwith release Petitioner from custody,

Respectfully submitted this 22nd day of August 2005.

Frank Igwebuike Enwonwu

CERTIFICATE OF SERVICE

I Frank I. Enwonwu do hereby certify that I have on this 22nd day of August 2005, served via U.S. postal Service a true and accurate copy of the above to:

Frank Crowley
Special Assistant U.S. Attorney
Department of Homeland Security
P.O.Box 8728;
JFK Station;
Boston MA 02114

Dated 8-22-05

*/s/ Frank Enwonwu, Pro Se*
FRANK I. ENWONWU
400 Faunce Corner Road
North Dartmouth MA. 02747
Inmate # 135336
UNIT#      G-C   ROOM# 6
A# 19337631
Bristol County Sheriff's Office

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.