ᴬAO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF         Massachusetts

### APPEARANCE

Case Number:    05 - 11666 - WGY

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for         FRANK I. ENWONWU

I certify that I am admitted to practice in this court.

September 8, 2005
_____
Date

_____
Signature

ROBERT D. CARNEL-HOMES        179971
Print Name                          Bar Number

ONE CENTER PLAZA, SUITE 240
Address

BOSTON        MA        72105
City            State            Zip Code

617. 227. 6355        617. 227. 6356
Phone Number            Fax Number